UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY DOUANGBOUPHA,<br><br>          Plaintiff,<br><br>     v.<br><br>EGL, INC., a Texas Corporation; CEVA Freight, LLC, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>          Defendants. | Case No.   2:15-cv-01354-GEB-AC<br><br>**[PROPOSED] ORDER ALLOWING THE FILING OF A FIRST AMENDED COMPLAINT** |

**ORDER**

Pursuant to stipulation filed on August 25, 2015, Plaintiff is granted seven days leave from the date on which this order is filed to file the First Amended Complaint that the parties stipulate could be filed.

Dated:  August 26, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

-1-